JOHN R. WILLIAMS, Appellant, v COUNTY OF WAYNE et al., Respondents. [784 NYS2d 409]—Appeal from an order of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered October 23, 2003. The order granted defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Gorski, Martoche, Lawton and Hayes, JJ.